1
2
3
4
5
6
7             UNITED STATES DISTRICT COURT
8            CENTRAL DISTRICT OF CALIFORNIA
9
10  JULIO CRUZ,                    Case No. 8:24-cv-02434-FLA (KESx)
11              Plaintiff,
                                   **ORDER TO SHOW CAUSE WHY**
12       v.                        **THE COURT SHOULD NOT**
                                   **DISMISS THE ACTION FOR LACK**
13  THANG NGUYEN, *et al.*,        **OF PROSECUTION**
14              Defendants.
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On November 7, 2024, Plaintiff Julio Cruz ("Plaintiff") filed the Complaint against Defendants Thang Nguyen and Phuong Thi Ngoc Nguyen (together, "Defendants").  Dkt. 1.  Plaintiff alleges Defendants interfered with his rights under the Americans with Disabilities Act of 1990, the Unruh Civil Rights Act, the California Disabled Persons Act, and the California Health & Safety Code § 19955, *et seq.*, and engaged in negligent conduct.  *Id.* at 5–12.

On December 11 and 13, 2024, Plaintiff filed proof of service as to both Defendants.  Dkts. 7, 8.  Plaintiff filed a request for the clerk of the court to enter default as to both Defendants on January 13, 2025.  Dkts. 9, 10.  The clerk of the court entered default against both Defendants on January 15, pursuant to Fed. R. Civ. P. 55(a).  Dkts. 12, 13.  On February 13, 2025, Plaintiff filed a Notice of Dismissal as to Defendant Thang Nguyen, Dkt. 19, and the court dismissed this Defendant without prejudice on February 14, 2025.  Dkt. 20.  Plaintiff has not filed an application for entry of default judgment against Defendant Phuong Thi Ngoc Nguyen or taken other steps to pursue his case actively.  *See* Fed. R. Civ. P. 55(b).

Accordingly, the court ORDERS Plaintiff to Show Cause ("OSC") in writing within fourteen (14) days of this Order why the court should not dismiss the action for lack of prosecution.  *See* Fed. R. Civ. P. 41(b).  The timely filing of an application for default judgment shall constitute sufficient response to the OSC.  Failure to respond timely may result in the dismissal of the action without further notice.

IT IS SO ORDERED.

Dated: April 10, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge